Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-245-052

**Effective Date of Registration:**
March 30, 2021
**Registration Decision Date:**
April 06, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

        Title of Work:   FLASH MOG MINI

## Completion/Publication

    Year of Completion:   2013
  Date of 1st Publication:   February 04, 2013
Nation of 1st Publication:   United Kingdom

## Author

-           Author:   KIM HASKINS
     Author Created:   Artwork
          Citizen of:   United Kingdom
       Domiciled in:   United Kingdom

## Copyright Claimant

   Copyright Claimant:   KIM HASKINS
                            35 ST LEONARD'S AVENUE, BEDFORD MK42 0RB, United Kingdom

## Rights and Permissions

   Organization Name:   LICKERISH
                 Name:   EMMA CARLSEN
                Email:   emma.carlsen@lickerishltd.com
           Telephone:   +442073232009
              Address:   FITZROY HOUSE, 18 ASHWIN STREET
                              LONDON E8 3DL  United Kingdom

## Certification

| | |
|---:|:---|
| **Name:** | Joe G. Naylor, Authorized agent of Author/Owner |
| **Date:** | March 23, 2021 |
| **Applicant's Tracking Number:** | USCO-07365 |

| | |
|---:|:---|
| **Copyright Office notes:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |

